(No. 75-CC-435—

CANNONBALL, INC., Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed February 28, 1975.*

CANNONBALL, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A.
SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.